AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK, BROOKLYN _____

UNITED STATES OF AMERICA

V.

ERLANDO LUIS

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 12 2009 ★
BROOKLYN OFFICE**

JUDGMENT OF ACQUITTAL

CASE NUMBER: 08-CR-642-01 (JG)

The Defendant was found not guilty by a jury verdict. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/John Gleeson

_____
Signature of Judge

JOHN GLEESON, United States District Judge
Name and Title of Judge

_____ February 11, 2009 _____
Date